IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01857-RPM

ZUTON LUCERO
ESTATE OF ZUMANATE LUCERO, deceased, by and through putative personal representative, Zuton Lucero,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
HOLLY LUMPKIN,
TERESA LONG (or Sandra), and
ANNETTE WILLIAMS,

    Defendants.

_____

ORDER VACATING ORDER TO SHOW CAUSE
_____

Plaintiff's counsel having advised the Court that this case has been settled, the Order to Show Cause entered on December 1, 2011, is vacated.  Counsel shall submit settlement papers to the court on or before December 22, 2011.

DATED:   December 2nd,  2011

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge