IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01857-RPM

ZUTON LUCERO
ESTATE OF ZUMANATE LUCERO, deceased, by and through putative personal representative, Zuton Lucero,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
HOLLY LUMPKIN,
TERESA LONG (or Sandra), and
ANNETTE WILLIAMS,

    Defendants.

_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

    Pursuant to the Stipulated Joint Motion to Dismiss with Prejudice, filed December 22, 2011 [13], it is

    ORDERED that this civil action is dismissed with prejudiced and each party to be responsible for its own attorney's fees and costs.

    DATED:   December 22nd , 2011

                                 BY THE COURT:

                                 s/Richard p. Matsch
                                 _____
                                 Richard P. Matsch, Senior Judge